UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. RICKY COLEMAN

## PETITION FOR WRIT OF HABEAS CORPUS

1. RICKY COLEMAN, SBI#:717340B, is now confined to Northern State Prison.

2. RICKY COLEMAN, SBI#: 717340B will be required at the United States Court House in Newark, New Jersey before the Hon. Stanley R. Chesler, U.S. District Judge, on Friday, June 24, 2011, at 10:00 a.m., for a status conference, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: June 15, 2011
Newark, NJ

Melissa Jampol, Assistant U.S. Attorney
Petitioner

### ORDER

Let the Writ Issue.

DATED: 6/17/2011

Hon. Stanley R. Chesler, U.S.D.J.

### WRIT OF HABEAS CORPUS

The United States of America to Warden of Northern State Prison
WE COMMAND YOU that you have the body of

RICKY COLEMAN    SBI#:717340B

now confined at the Northern State Prison, brought before the United States District Court, before the Hon. Stanley R. Chesler, U.S. District Judge, on Friday, June 24, 2011, at 10:00 a.m., for a status conference.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 6/17/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk