# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<u>UNITED STATES v. RICKY COLEMAN</u>

## PETITION FOR WRIT OF HABEAS CORPUS

1. <u>RICKY COLEMAN</u>, <u>SBI#:717340B</u>, is now confined to <u>Northern State Prison</u>.

2. <u>RICKY COLEMAN</u>, <u>SBI#: 717340B</u> will be required at the United States Court House in <u>Newark, New Jersey</u> before the <u>Hon. Stanley R. Chesler</u>, U.S. District Judge, on <u>Wednesday, July 6, 2011</u>, at <u>10:00 a.m.</u>, for a <u>status conference</u>, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: June 24, 2011
Newark, NJ

_____
Melissa Jampol, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 6/27/2011

_____
Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of <u>Northern State Prison</u>
WE COMMAND YOU that you have the body of

<u>RICKY COLEMAN</u>, <u>SBI#:717340B</u>

now confined at the <u>Northern State Prison</u>, brought before the United States District Court, before the <u>Hon. Stanley R. Chesler</u>, U.S. District Judge, on <u>Wednesday, July 6, 2011</u>, at <u>10:00 a.m.</u>, for a <u>status conference</u>.

WITNESS the <u>Hon. Stanley R. Chesler</u>
United States District Judge
Newark, New Jersey.

DATED: 6/27/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk