UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. RICKY COLEMAN
Crim. No. 07-143 (SRC), SBI#717340B, DOB 10/09/1972

## PETITION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Ricky Coleman, SBI# 717340B,** ▮▮▮▮▮ (hereinafter the "Detainee") is now confined at the New Jersey State Department of Corrections, Northern State Prison.

2. The Detainee is charged in this District by Indictment with a violation of 18 U.S.C. §§ 1962 & 1963.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings,

4. The Detainee will be required in **Newark, New Jersey**, before the Hon. Stanley R. Chesler, U.S.D.J., on **Tuesday, June 19, 2012, at 10:00 am**, for a Sentencing Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: June 12, 2012

S:\MELISSA L. JAMPOL
Melissa Jampol
Assistant U.S. Attorney
Petitioner  (973) 645-2772

## ORDER

Let the Writ Issue.

DATED: 6/13/2012

Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey State Department of Corrections, Northern State Prison:

WE COMMAND YOU that you have the body of

**Ricky Coleman, SBI#717340B,** ▮▮▮▮▮

now confined at the NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON, , brought before the **United States District Court, the Hon. Stanley R. Chesler, U.S.D.J., at Newark, NJ**, on **Tuesday, June 19, 2012 at 10:00 am**, so that the Detainee may attend a Sentencing Hearing the above-captioned matter. Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 6/13/2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk